Marquis Aurbach Coffing
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for LVMPD Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS VILLANUEVA, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; THOMAS HOAG, individually; BRIAN SANTAROSSA, individually,<br><br>  Defendants. | Case No.: 2:20-cv-01079-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Plaintiff, Alexis Villanueva ("Plaintiff"), by and through his attorneys of record, Andre Lagomarsino, Esq. and Cory Ford, Esq., of the law firm of Lagomarsino Law; and Defendants, Las Vegas Metropolitan Police Department ("LVMPD" or "Department"), Thomas Hoag ("Hoag") and Brian Santarossa ("Santarossa") (collectively "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1. Plaintiff filed his First Amended Complaint (ECF No. 9) on July 17, 2020.

2. Defendant LVMPD was served July 17, 2020, making its response to the First Amended Complaint due July 31, 2020.

3. On July 24 2020, LVMPD accepted service on behalf of Defendants Hoag and Santarossa (ECF No. 13 and 14). The Parties agreed and stipulated to a 20-day

MAC:14687-240 4102440_1 7/24/2020 3:47 PM

1 extension of Defendant LVMPD's deadline to answer or otherwise respond to the First
2 Amended Complaint.
3     4. This is the first request for an extension of LVMPD Defendants' deadline to
4 answer or otherwise respond to the First Amended Complaint, and the extension is not being
5 sought for improper purposes or to delay.
6     5. Therefore, in view of the foregoing, the Parties respectfully request the Court
7 to allow LVMPD Defendants' time to respond to the First Amended Complaint to be
8 extended by thirty (20) days, up to and including August 13, 2020.
9 Dated this 24th day of July, 2020.

| MARQUIS AURBACH COFFING | LAGOMARSINO LAW |
|---|---|
| By: /s/ Nick D. Crosby, Esq.<br>Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br>Facsimile: (702) 382-5816<br>ncrosby@maclaw.com<br>*Attorneys for LVMPD Defendants* | By: /s/ Cory M. Ford, Esq.<br>Andre M. Lagomarsino, Esq.<br>Nevada Bar No. 6711<br>Cory M. Ford, Esq.<br>Nevada Bar No. 15042<br>3005 W. Horizon Ridge, Pkwy, Suite 241<br>Henderson, Nevada 89052<br>Telephone: (702) 383-2864<br>Facsimile: (702) 383-0065<br>aml@lagomarsinolaw.com<br>cory@lagomarsionlaw.com<br>*Attorneys for Plaintiff Villanueva* |

**ORDER**

IT IS SO ORDERED, this 27th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

MAC:14687-240 4102440_1 7/24/2020 3:47 PM